ANDREW CHAN KIM, SBN 315331
KIM LAW OFFICE
P.O. Box 432
Belmont, California 94002
Telephone: (650) 339-2005
Email: chan.a.kim@gmail.com

Attorney for Plaintiffs
PEDRO JUAREZ, Jr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PEDRO JUAREZ, Jr.,                          ) Case No. 3:25-cv-06611-CRB
                                            )
                    Plaintiff,              ) **PLAINTIFF PEDRO JUAREZ, Jr.'S**
                                            ) **MOTION FOR LEAVE TO FILE A**
        vs.                                 ) **MOTION FOR RECONSIDERATION**
                                            )  ORDER
CITY AND COUNTY OF SAN FRANCISCO,           )
PETER KRUGER, RYAN KWONG, and DOES 1- )
25,                                         )
                                            )
                    Defendants.             )
                                            )

## I.    INTRODUCTION

The Court screened Mr. Pedro Juarez, Jr.'s complaint on January 21, 2026, dismissing Mr. Juarez's two state law claims (Bane Act and negligence) without prejudice to filing a petition for relief in state court. (ECF No. 14.)

Pursuant to Civil Local Rule 7-9(a), Mr. Juarez respectfully requests leave to file a motion for reconsideration based on a manifest failure by the Court to consider material facts.

## II.   LEGAL STANDARD

Before filing a motion for reconsideration, the moving party must first obtain leave of Court to file the motion. Civil L.R. 7-9(a). The motion for leave must specifically show reasonable diligence and either a material difference in fact or law, the emergence of new material facts or change of law, or the Court's manifest failure to consider material facts or dispositive legal arguments. Civil L.R. 7-9(b)(1)-(3).

//

*Juarez v. CCSF, et al.*; Case No. 3:25-cv-06611-CRB
Plaintiff's Motion for Leave to File a Motion for Reconsideration – 1

## III. ARGUMENT

### A. Mr. Juarez Can Show Reasonable Diligence.

Civil Local Rule 7-9 does not provide a bright-line rule as to what constitutes reasonable diligence. Nonetheless, district courts have held that that filing a motion for leave to file a motion for reconsideration twenty-one days after a court's order satisfied the requirement. *See James v. Portfolio Recovery Assocs., LLC*, No. 14-CV-03889-RMW, 2015 WL 13950262, at *1 (N.D. Cal. Apr. 8, 2015). Even thirty-seven days satisfies the requirement. *See Dytch v. Lazy Dog Restaurants, LLC*, No. 16-CV-03358-EDL, 2018 WL 9412714, at *1 (N.D. Cal. June 1, 2018). However, waiting more than four weeks to file does not. *See Largan Precision Co, Ltd v. Genius Elec. Optical Co.*, No. 13-CV-02502-JD, 2015 WL 2063988, at *2 (N.D. Cal. May 4, 2015).

Mr. Juarez brings this motion on January 26, 2026, five days after the Court screened his complaint. (ECF No. 14.) Reasonable diligence on behalf of Mr. Juarez is therefore satisfied.

### B. The Court Materially Erred in Dismissing Mr. Juarez's State Law Claims That Were Timely.

The Court dismissed Mr. Juarez's state law claims because it does not have the jurisdiction to provide him relief from the claim presentation requirement under Government Code Section 946.6. (ECF No. 14, 5:1-3.) Mr. Juarez does not challenge the Court's order to the extent it dismisses his state law claims based on incidents that occurred prior to July 16, 2024. However, Mr. Juarez does challenge the Court's order to the extent it also dismisses his state law claims based on incidents that occurred on or after July 16, 2024. As to those incidents, Mr. Juarez's government code claim was timely. (ECF No. 1 ¶¶ 39-40 (alleging that the Late Claim Application was related to the June 29, 2024 cell extraction and safety cell placement).)

## IV. CONCLUSION

For the foregoing reasons, Mr. Juarez respectfully requests leave to file a motion for reconsideration as to his state law claims that were dismissed that are based on incidents that occurred on or after July 16, 2024.

//
//

*Juarez v. CCSF, et al.*; Case No. 3:25-cv-06611-CRB
Plaintiff's Motion for Leave to File a Motion for Reconsideration – 2

Dated: January 26, 2026

KIM LAW OFFICE


By:  /s/ Andrew Chan Kim
     Andrew Chan Kim

Attorney for Plaintiff
PEDRO JUAREZ, Jr.

Date: April 28, 2026



IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Juarez v. CCSF, et al.*; Case No. 3:25-cv-06611-CRB
Plaintiff's Motion for Leave to File a Motion for Reconsideration – 3