DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
JOSE A. ZELIDON-ZEPEDA, State Bar #227108
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 355-3312
Facsimile: (415) 554-3837
E-Mail: jose.zelidon-zepeda@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
ROBERT T. KRUEGER III, AND RYAN L. KWONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO JUAREZ, JR.<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, [FIRST NAME UNKNOWN] KRUEGER, [FIRST NAME UNKNOWN] KWON, AND DOES 1-25,<br><br>Defendants. | Case No. 25-cv-06611 CRB<br><br>**STIPULATION FOR DEPOSITION OF INMATE-PLAINTIFF; ~~[PROPOSED]~~ ORDER**<br><br>Trial Date: Not Set |

This is a civil rights action under 42 U.S.C. section 1983, brought by Plaintiff Pedro Juarez, Jr., ("Plaintiff") pertaining to his conditions of confinement while at the San Francisco County Jail. Defendants are the City and County of Francisco, Robert T. Krueger III, and Ryan L. Kwong ("Defendants").

Defendants have been informed by Plaintiff's counsel that Plaintiff is currently incarcerated in federal prison. Accordingly, per Federal Rule of Civil Procedure 30(a)(2)(B), the parties stipulate to allow the deposition of Plaintiff to go forward, and jointly request a court order to that effect. Under

Rule 30(a)(2)(B), "the court must grant leave to the extent consistent with Rule 26(b)(1) and (2)." Here, it is readily apparent that the deposition of Plaintiff is necessary for Defendants to assess the viability of his claims and applicable defenses.

Dated: August 3, 2026

DAVID CHIU
City Attorney
JENNIFER E. CHOI
Chief Trial Deputy
JOSE A. ZELIDON-ZEPEDA
Deputy City Attorneys

By: *_/s/ Jose A. Zelidon-Zepeda_*
JOSE A. ZELIDON-ZEPEDA

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
ROBERT T. KRUEGER III, AND RYAN L. KWONG

Dated: August 3, 2026

KIM LAW OFFICE

By: *_*/s/ Andrew Chan Kim_*
ANDREW CHAN KIM

Attorney for Plaintiff
PEDRO JUAREZ JR.

**Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.*

**[~~PROPOSED~~] ORDER**

Having reviewed the record and the parties' stipulation to allow the deposition of Plaintiff Pedro Juarez, Jr., register number 18681-111, the Court finds good cause for the relief requested. Under Federal Rule of Civil Procedure 30, Plaintiff can be deposed, and the Bureau of Prisons shall afford all reasonable accommodations to allow the deposition to go forward, consistent with any security concerns that may apply.

**IT IS SO ORDERED**.

Dated: August 4, 2026

HONORABLE CHARLES R. BREYER
United States District Judge